FILED

2003 OCT -2 P 12: 28

US DISTRICT
BRID...

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

L.S. AND MR. AND MRS. F.S.         :
                                   :    NO.: 3:02CV1386 (SRU)
                                   :
v.                                 :
                                   :
NEW FAIRFIELD HIGH SCHOOL,         :
NEW FAIRFIELD BOARD OF             :
EDUCATION, CHRIS HOFFMAN AND       :
JOSEPH GALLUCCI, IN THEIR          :
OFFICIAL CAPACITY                  :    SEPTEMBER 30, 2003

## MOTION FOR MODIFICATION OF SCHEDULING ORDER BY AGREEMENT

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 9(b), the defendants, **NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI, IN THEIR OFFICIAL CAPACITY**, on behalf of the parties, hereby request that the case management deadlines set forth in the Motion for Modification of Scheduling Order approved by the Court on May 9, 2003 be [mod]ified in accordance with the deadlines set forth below.

In support of this motion, the defendants represent that written discovery has [bee]n served by both parties. However, discovery has not yet been completed for the [follo]wing reasons:

1. Although the plaintiff provided the defendants an authorization to obtain her medical and psychological records, some of the medical providers have required that the plaintiff execute their form. Plaintiff has complied with requests to execute additional releases, but there has been delay in

[ORA]L ARGUMENT IS NOT REQUESTED

Motion Granted.
Discovery cutoff date January 29, 2004
Dispositive Motions Due by March 19, 2004
SO ORDERED
10/14/03
Stefan R. Underhill, U.S.D.J.

obtaining all the medical and psychological records. Defendants are still awaiting records from Dr. Gemmel, Danbury Hospital, and Danielle Quigley, LCSW.

2. Plaintiff has served written discovery on the defendants, some of which has been objected to because it seeks disclosure of confidential student information covered by the Family Educational Rights and Privacy Act (FERPA). Plaintiff has also filed a motion to compel this information, dated September 26, 2003. Defendants are in the process of complying with information not objected to, and will provide redacted documents which do not disclose information protected by FERPA, and expect to provide responses by October 10, 2003;

3. Plaintiffs prefer to schedule depositions their depositions during the holiday break between Christmas and the New Year, so that the plaintiffs will not miss a day of school. (Plaintiff's mother is also a school teacher.) Therefore, defendants have noticed plaintiffs depositions for December 30, 2003, and

4. Plaintiffs would like to take depositions once their Motion to Compel discovery has been ruled upon by the Court.

Accordingly, the parties respectfully request that the discovery and pretrial deadlines in this case be modified as follows:

1. All discovery will be completed by January 29, 2004.

2. Dispositive motions, if any, will be filed by March 14, 2004.

Pursuant to Local Rule 9(b)(2), the undersigned has contacted counsel for the plaintiffs, Lawrence W. Berliner, and has been advised that the plaintiffs agree with the above discovery plan.

WHEREFORE, the defendants,, **NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI, IN THEIR OFFICIAL CAPACITY**, respectfully request that their motion be granted, and that the case management deadlines be modified in accordance with the dates set forth herein.

>DEFENDANTS,
>NEW FAIRFIELD HIGH SCHOOL, NEW
>FAIRFIELD BOARD OF EDUCATION,
>CHRIS HOFFMAN AND JOSEPH
>GALLUCCI, IN THEIR OFFICIAL
>CAPACITY
>
>By /s/ Melinda A. Powell
>Melinda A. Powell
>ct17049
>Howd & Ludorf
>65 Wethersfield Avenue
>Hartford, CT 06114
>(860) 249-1361
>(860) 249-7665 (fax)
>E-Mail: mpowell@hl-law.com

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 30th day of September, 2003.

Lawrence W. Berliner, Esquire
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 102
West Hartford, CT 06110

John K. McDonald, Esquire
Kernan & Henry
207 Bank St, 4th Floor
P.O. Box 2156
Waterbury, CT 06722-2156

                                            */s/ Melinda A. Powell*
                                            Melinda A. Powell