*GRANTED. On reconsideration, the case is hereby stayed until January 25, 2004. So ordered.*
*Stefan R. Underhill*
*United States District Judge*
*11/25/03*

**FILED**
2003 AUG 21 A 11: 52
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L.S. PPA, MR. AND MRS. F.S. | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| VS. | : | CASE NO. 3:02CV1386(SRU) |
| | : | |
| NEW FAIRFIELD HIGH SCHOOL, NEW | : | |
| FAIRFIELD BOARD OF EDUCATION, | : | |
| CHRIS HOFFMAN AND JOSEPH GALLUCCI, | : | |
| IN THEIR OFFICIAL CAPACITY, | : | |
|     Defendants | : | AUGUST 19, 2003 |

## MOTION FOR RECONSIDERATION

Pursuant to Rule 9(e) of the Local Rules of Civil Procedure, the defendants hereby move for reconsideration of the Court's decision denying the defendants motion to stay proceedings dated August 4, 2003. In support of this motion, the defendants represent that the defendants' insurer has been declared insolvent, and a stay of these proceedings is required by Connecticut General Statutes § 38a-851 (a). A memorandum of law in support of this motion is attached hereto and made a part hereof.

WHEREFORE, the defendants respectfully request an order of this court granting their motion for reconsideration.