UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S. AND MR. AND MRS. F.S. : | |
| : | NO.: 3:02CV1386 (SRU) |
| : | |
| v. : | |
| : | |
| NEW FAIRFIELD HIGH SCHOOL, : | |
| NEW FAIRFIELD BOARD OF : | |
| EDUCATION, CHRIS HOFFMAN AND : | |
| JOSEPH GALLUCCI, IN THEIR : | |
| OFFICIAL CAPACITY : | FEBRUARY 4, 2004 |

**MOTION FOR ENTRY OF NEW SCHEDULING ORDER BY AGREEMENT**

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 9(b), the defendants, **NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI, IN THEIR OFFICIAL CAPACITY**, on behalf of the parties, hereby request that a new scheduling order be entered in accordance with the deadlines set forth below.

A new scheduling order is necessary due to the Court's granting of a stay in this case from November 25, 2003 through January 25, 2004. The former discovery deadline, as ordered by this Court on October 16, 2003 was January 29, 2004, and dispositive motions were to be due on March 14, 2004. Plaintiffs depositions, previously scheduled for December 30, 2003 were cancelled due to the stay, and have been re-noticed for February 18, 2004. Plaintiffs also intend to take depositions once the Court rules on their Motion to Compel dated September 26, 2003. Defendants had objected to several discovery requests on the basis that the information was subject to

ORAL ARGUMENT IS NOT REQUESTED

the Family Educational Rights and Privacy Act (FERPA).  In addition, the undersigned has a substantial motion for summary judgment in a §1983 case pending before Judge Squatrito which is  due on June 17, 2004.

        Accordingly, the parties respectfully request that discovery and pretrial deadlines in this case be entered as follows:

        1.        All discovery will be completed by June 1, 2004.

        2.        Dispositive motions, if any, will be filed by August 1, 2004.

        Pursuant to Local Rule 9(b)(2), the undersigned has contacted counsel for the plaintiffs, Lawrence W. Berliner, and has been advised that the plaintiffs agree with the above discovery plan.

        WHEREFORE, the defendants,, **NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI, IN THEIR OFFICIAL CAPACITY**, respectfully request that their motion be granted, and that the case management deadlines be entered in accordance with the dates set forth herein.

DEFENDANTS,
NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI, IN THEIR OFFICIAL CAPACITY


By_____
   Melinda A. Powell
   ct17049
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (fax)
   E-Mail:  mpowell@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 4th day of February, 2004.

Lawrence W. Berliner, Esquire
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 102
West Hartford, CT  06110

John K. McDonald, Esquire
Melissa Scozzafava, Esquire
Kernan & Henry
207 Bank St, 4th Floor
P.O. Box 2156
Waterbury, CT 06722-2156

                                              _____
                                              Melinda A. Powell