```
                                FILED

                           2004 APR 14  P 3: 56

                           U.S. DISTRICT COURT
                           BRIDGEPORT, CONN
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| L.S. PPA, MR. AND MRS. F.S. : | CIVIL ACTION |
|     Plaintiffs : | |
| : | CASE NO.3:02CV1386(SRU) |
| VS. : | |
| : | |
| NEW FAIRFIELD HIGH SCHOOL, ET AL. : | |
|     Defendants : | APRIL 8, 2004 |

## ORDER

It is hereby ordered that the names, addresses and other personally identifiable information contained in the education records, as defined in 20 U.S.C. § 1232g, of the students identified by the plaintiffs as L.D., R.R., K.J., J.N., T.R., M.H., N.M., K.R., P.P., S.S., C.H. and M.O., be disclosed by the defendants, by and through their counsel, insofar as such information has been requested by the plaintiffs in their First Set of Interrogatories and Requests for Production dated July 10, 2003. Specifically, the defendants are hereby ordered to disclose any written statements, notes and memoranda written by or involving the students identified as L.D., R.R., K.J., J.N., T.R., M.H., N.M., K.R., P.P., S.S., C.H. and M.O. Such information shall be disclosed only to counsel of record in this action or only to individuals certified by such counsel as employed by or assisting counsel in preparation of the case, or a representative of the defendants' insurers.

It is further ordered that no such disclosure shall be made unless and until notice has been provided to such students and their parents pursuant to the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g.

BY THE COURT,

_____   4/14/04
Stefan R. Underhill
United States District Judge