UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S. AND MR. AND MRS. F.S. : | |
| : | NO.: 3:02CV1386 (SRU) |
| v. : | |
| NEW FAIRFIELD HIGH SCHOOL, : | |
| NEW FAIRFIELD BOARD OF : | |
| EDUCATION, CHRIS HOFFMAN AND : | |
| JOSEPH GALLUCCI, IN THEIR : | |
| OFFICIAL CAPACITY : | JULY 22, 2004 |

### JOINT MOTION FOR ENLARGEMENT OF SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 9(b), the defendants, **NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI, IN THEIR OFFICIAL CAPACITY**, on behalf of the parties, hereby request that a new scheduling order be entered in accordance with the deadlines set forth below.

This Court, on July 8, 2004, granted nunc pro tunc, the parties joint motion for a new scheduling order dated February 4, 2004 (Doc #37) due to the Legion stay which was lifted on January 29, 2004. For some unknown reason, the undersigned and Attorney Thomas R. Gerarde did not receive the electronic notice (or other notice) of the Court's granting of the motion and just became aware of it on July 19, 2004 by Attorney Shaw's (of this office) secretary who noticed the undersigned did not receive it. Co-counsel for the defendants, Melissa Scozzafava, also advised she received no

ORAL ARGUMENT IS NOT REQUESTED

notice of this order. Defense counsel is contacting the clerk's office to ensure proper notice of the court's orders.

The scheduling order had the parties complete discovery by June 1, 2004, with dispositive motions to be filed by August 1, 2004. However, discovery is not yet complete.

Since February 2004, defendants have taken five depositions. Written discovery is now complete and all the issues regarding plaintiff's prior motion to compel have been resolved. Pursuant to FERPA, the defendants provided notice to all of the student-witnesses that their names and addressed would be disclosed to the plaintiff and then defendants disclosed the names of 12 potential student-witnesses to the plaintiff. Tentatively scheduled is the defendant, Paul Hoffman's deposition for August 6, 2004. Defendants anticipate taking one more deposition of one of the student-witnesses, but service of a subpoena is proving difficult. The parties anticipate that defendant Dr. Gallucci's deposition will be held at some time during the last two weeks of August. Plaintiffs anticipate being able to complete discovery by December 31, 2004. Thus, despite diligent efforts, the parties need more time to conclude discovery.

Accordingly, the parties respectfully request that discovery and pretrial deadlines in this case be entered as follows:

1. Plaintiff shall designate any expert witnesses by September 1, 2004, with depositions to be concluded by November 1, 2004.

2. Defendants shall designate any expert witnesses by November 1, 2004, with depositions to be completed by December 31, 2004;

     3.     .All discovery will be completed by December 31, 2004.

     4.     Dispositive motions, if any, will be filed by January 31, 2004.

Pursuant to Local Rule 9(b)(2), the undersigned has contacted counsel for the plaintiffs, Lawrence W. Berliner, and has been advised that the plaintiffs join the above discovery plan.

WHEREFORE, the parties respectfully request that their motion be granted, and that the case management deadlines be entered in accordance with the dates set forth herein.

DEFENDANTS,
NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI, IN THEIR OFFICIAL CAPACITY

By_____
  Melinda A. Powell
  ct17049
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (fax)
  E-Mail:  mpowell@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 22th day of July, 2004.

Lawrence W. Berliner, Esquire
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 102
West Hartford, CT  06110

John K. McDonald, Esquire
Melissa Scozzafava, Esquire
Kernan & Henry
207 Bank St, 4th Floor
P.O. Box 2156
Waterbury, CT 06722-2156

                                                                          _____
                                                                          Melinda A. Powell