UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| L. S. PPA, MR. AND MRS. F.S. | } |
| | } |
| PLAINTIFFS | } CIVIL ACTION NO. |
| | } 3:02CV1386(SRU) |
| V | } NOVEMBER 18, 2004 |
| NEW FAIRFIELD HIGH SCHOOL, NEW | } |
| FAIRFIELD BOARD OF EDUCATION, | } |
| CHRIS HOFFMAN AND JOSEPH GALLUCCI, | } |
| IN THEIR OFFICIAL CAPACITY | } |
| | } |
| DEFENDANTS | } |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Local Rule 7(b), the Plaintiffs', L.S. and Mrs. F.S., respectfully request the Court to grant an enlargement of time of ninety (90) days, up to and including March 1, 2005, to complete discovery and another thirty days thereafter to file dispositive motions by April 1, 2005. Plaintiffs request that the August 2, 2004 Scheduling Order be modified and that additional time be granted in order to complete discovery, in particular the scheduling of two or more deponents and to have sufficient time to prepare dispositive motions.

The undersigned had contacted Defendants' counsel on October 26, 2004 and October 27, 2004 regarding the need for an enlargement of time and he has not been advised whether the defendants will have any objection or not to the granting of this motion. The plaintiffs have not sought any prior enlargements of

time related to discovery matters, except by joining a joint motion previously submitted. This request has not been submitted for purposes of delay. Instead, there have been repeated problems associated with the scheduling and rescheduling of two or more deponents and therefore the completion of discovery has been delayed. It is anticipated that the depositions will be completed during January and that transcript be available shortly thereafter.

WHEREFORE, the plaintiffs respectfully request that the Motion for Enlargement of Time be granted for the completion of discovery up to and including March 1, 2005 and up to and including April 1, 2005 for the filing of dispositive motions.

PLAINTIFFS

By_____
Lawrence W. Berliner
Klebanoff & Alfano, P.C.
Corporate Center West
433 South Main Street Suite 102
West Hartford, CT 06110
Tel. No. (860) 313-5005
Fed. Bar No. CT 7002

## CERTIFICATION OF SERVICE

      A copy of the forgoing has been mailed by first class mail, postage prepaid, this 18th day of November, 2004 to Attorney Melinda Powell, 65 Wethersfield Avenue, Hartford, CT 06114 and Attorneys John K. McDonald and Melissa Scozzafava, P. O. Box 2156, Waterbury, CT 06722.

                                              _____

                                              Lawrence W. Berliner
                                              Klebanoff & Alfano, P.C.
                                              433 South Main Street Suite 102
                                              West Hartford, CT 06110