# FILED

2005 JAN 14 P 12: 16

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| L.S. PPA, MR. AND MRS. F.S. | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | NO. 302CV1386(SRU) |
| | : | |
| NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD | : | |
| BOARD OF EDUCATION, CHRIS HOFFMAN and | : | |
| JOSEPH GALLUCCI, IN THEIR OFFICIAL CAPACITY, | : | |
| Defendants | : | JANUARY 12, 2005 |

## APPEARANCE

PLEASE ENTER THE APPEARANCE of Attorney Giovanna Trocchi Giardina (Bar

No. CT 18588), of Kernan & Henry, LLP, P. O. Box 2156, Waterbury, CT 06722, on behalf of

the defendants, NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF

EDUCATION, CHRIS HOFFMAN and JOSEPH GALLUCCI, in the above-entitled action.

DEFENDANTS,
NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD
BOARD OF EDUCATION, CHRIS HOFFMAN and
JOSEPH GALLUCCI

BY _____
Giovanna Trocchi Giardina
Of Kernan & Henry, LLP
P.O. Box 2156
Waterbury, CT 06722-2156
(203) 756-8961
Federal Bar No.: CT 18588

## CERTIFICATION

I hereby certify that a true copy of the foregoing Appearance was mailed, first class mail, postage prepaid, on January 12th, 2004 to:

Lawrence W. Berliner, Esq.
Klebanoff & Phelan, P.C.
433 South Main Street
Suite 102
West Hartford, CT 06110

Melinda Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Giovanna Trocchi Giardina