FILED

2005 JAN 14  P 12: 17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| L.S. PPA, MR. AND MRS. F.S. | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | CASE NO.3:02CV1386(SRU) |
| VS. | : | |
| | : | |
| NEW FAIRFIELD HIGH SCHOOL, NEW | : | |
| FAIRFIELD BOARD OF EDUCATION, | : | |
| CHRIS HOFFMAN AND JOSEPH GALLUCCI, | : | |
| IN THEIR OFFICIAL CAPACITY, | : | |
| Defendants | : | JANUARY 14, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Notice is hereby given that ATTORNEY MELISSA A. SCOZZAFAVA (Bar No. CT 23560) has withdrawn her appearance for the defendants, NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN and JOSEPH GALLUCCI in the above-entitled matter.

KERNAN & HENRY, LLP    ATTORNEYS AT LAW
P. O. BOX 2156  •  WATERBURY, CONNECTICUT 06722  •  (203) 756-8961  •  JURIS NO. 30960  •  FAX (203) 754-2353

DEFENDANTS,
NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD
BOARD OF EDUCATION, CHRIS HOFFMAN and
JOSEPH GALLUCCI

BY _____
Giovanna Trocchi Giardina
Of Kernan & Henry, LLP
P.O. Box 2156
Waterbury, CT 06722
Federal Bar No. CT 18588
(203) 756-8961

### CERTIFICATION

It is hereby certified that a true copy of the foregoing was sent, first class mail, postage prepaid, on January 12th, 2005, to the following counsel of record:

Lawrence W. Berliner, Esq.
Klebanoff & Phelan, P.C.
433 South Main Street
Suite 102
West Hartford, CT 06110

Melinda Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Giovanna Trocchi Giardina