UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L.S. AND MR. AND MRS. F.S. | : | NO.: 3:02CV1386 (SRU) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| NEW FAIRFIELD HIGH SCHOOL, | : | |
| NEW FAIRFIELD BOARD OF | : | |
| EDUCATION, CHRIS HOFFMAN AND | : | |
| JOSEPH GALLUCCI, IN THEIR | : | |
| OFFICIAL CAPACITY | : | FEBRUARY 3, 2005 |

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

The defendants, New Fairfield High School, New Fairfield Board of Education, Paul Hoffmann and Joseph Gallucci, in their official capacity, hereby request an enlargement of time of ninety days (90), up to and including, *June 30, 2005,* and that the case management deadline set forth in the Scheduling Order approved by the Court on November 24, 2004 be modified in accordance with the deadline set forth below.

In support of this motion, the defendants represent that additional time is requested because the undersigned has been assigned to prepare several federal court dispositive motions for a colleague, Beatrice S. Jordan, while she is on maternity leave. In addition, the undersigned will be on vacation February 4, 2005 through

ORAL ARGUMENT IS NOT REQUESTED

February 11, 2005 and March 14, 2005 through March 18, 2005.  Therefore, the additional time is necessary to prepare the motion in this case.

Pursuant to Local Rule 9(b)(2), the undersigned has contacted counsel for the plaintiff, Attorney Lawrence Berliner, and has been advised that the plaintiffs have no objection to the granting of this motion

This is the defendants' first motion for enlargement of time regarding dispositive motions.

The granting of this motion will not unduly delay these proceedings or prejudice any party.

WHEREFORE, the undersigned defendants hereby request that their Motion for Enlargement of Time, up to and including, *June 30, 2005*, be granted.

        DEFENDANTS,
        NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI, IN THEIR OFFICIAL CAPACITY

By_____
  Melinda A. Powell
  ct17049
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (fax)
  E-Mail:  mpowell@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 3rd day of February, 2005.

Lawrence W. Berliner, Esquire
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 102
West Hartford, CT  06110

John K. McDonald, Esquire
Kernan & Henry
207 Bank St, 4th Floor
P.O. Box 2156
Waterbury, CT 06722-2156

                                                                                                           _____
                                                                                                           Melinda A. Powell