UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L.S. AND MR. AND MRS. F.S. | : | NO.: 3:02CV1386 (SRU) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| NEW FAIRFIELD HIGH SCHOOL, | : | |
| NEW FAIRFIELD BOARD OF | : | |
| EDUCATION, CHRIS HOFFMAN AND | : | |
| JOSEPH GALLUCCI, IN THEIR | : | |
| OFFICIAL CAPACITY | : | JUNE 17, 2005 |

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

The defendants, New Fairfield High School, New Fairfield Board of Education, Paul Hoffmann and Joseph Gallucci, in their official capacity, hereby request an additional enlargement of time of thirty (30) days, up to and including, *July 30, 2005,* and that the current case management deadline set forth in the Scheduling Order approved by the Court on November 24, 2004 be modified in accordance with the deadline set forth below.

In support of this motion, the defendants represent that additional time is requested because in late May and early June the undersigned had a medical issue and was out of the office for a week, and had a scheduled vacation for another week which took her out of the office, and required another deadline for a dispositive motion

ORAL ARGUMENT IS NOT REQUESTED

for a case before Judge Squatrito to be set for July 1, 2005.   In addition, co-counsel for the defendant, Giovanna Trocchi-Giardini, of Kernan & Henry, will be leaving that firm.  Counsel had planned on collaborating on the brief.  However, another attorney from Kernan & Henry will have to be assigned.  Therefore, the additional time is necessary to prepare the motion in this case.

  Pursuant to Local Rule 9(b)(2), the undersigned has contacted counsel for the plaintiff, Attorney Lawrence Berliner, and has been advised that the plaintiffs have no objection to the granting of this motion

  This is the defendants' second and <u>final</u> motion for enlargement of time regarding dispositive motions.

  The granting of this motion will not unduly delay these proceedings or prejudice any party.

WHEREFORE, the undersigned defendants hereby request that their Motion for Enlargement of Time, up to and including, *July 30, 2005*, be granted.

DEFENDANTS,
NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI, IN THEIR OFFICIAL CAPACITY

By_____
  Melinda A. Powell
  ct17049
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (fax)
  E-Mail:  mpowell@hl-law.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 17th day of June, 2005.

Lawrence W. Berliner, Esquire
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 102
West Hartford, CT  06110

John K. McDonald, Esquire
Kernan & Henry
207 Bank St, 4th Floor
P.O. Box 2156
Waterbury, CT 06722-2156

                                                                        _____
                                                                        Melinda A. Powell