UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| L. S. PPA, MR. AND MRS. F.S. | } |
| | } |
| PLAINTIFFS | } CIVIL ACTION NO. |
| | } 3:02CV1386(SRU) |
| V | } JULY 27, 2005 |
| NEW FAIRFIELD HIGH SCHOOL, NEW | } |
| FAIRFIELD BOARD OF EDUCATION, | } |
| CHRIS HOFFMAN AND JOSEPH GALLUCCI, | } |
| IN THEIR OFFICIAL CAPACITY | } |
| | } |
| DEFENDANTS | } |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 7(b), the Plaintiffs', L.S. and Mrs. F.S., respectfully request the Court to grant an enlargement of time of ten (10) days, from July 30, 2005 to August 10, 2005 to file dispositive motions in this matter. Plaintiffs request that the Scheduling Order be modified and that additional time be granted.

The undersigned had contacted Defendants' counsel on July 27, 2005 regarding the need for an enlargement of time and he has been advised that the defendants will not have any objection to the granting of this motion. The plaintiffs have not sought any prior enlargements of time related to the filing of dispositive motions. This request has not been submitted for purposes of delay. It is due to other pending legal matters in State and federal court.

WHEREFORE, the plaintiffs respectfully request that the Motion for Enlargement of Time be granted up to and including August 10, 2005 for the filing of dispositive motions.

PLAINTIFFS

By_____
Lawrence W. Berliner
Klebanoff & Alfano, P.C.
Corporate Center West
433 South Main Street Suite 102
West Hartford, CT 06110
Tel. No. (860) 313-5005
Fed. Bar No. CT 7002

**CERTIFICATION OF SERVICE**

    A copy of the forgoing has been mailed by first class mail, postage prepaid, this 27th day of July, 2004 to Attorney Melinda Powell, 65 Wethersfield Avenue, Hartford, CT 06114 and Attorneys John K. McDonald and Melissa Scozzafava, P. O. Box 2156, Waterbury, CT 06722.

                                                                                                 _____

                                                                                                Lawrence W. Berliner  
                                                                                                Klebanoff & Alfano, P.C.  
                                                                                                433 South Main Street Suite 102  
                                                                                                West Hartford, CT 06110