UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S. AND MR. AND MRS. F.S. : | |
| : | NO.: 3:02CV1386 (SRU) |
| : | |
| v. : | |
| : | |
| NEW FAIRFIELD HIGH SCHOOL, : | |
| NEW FAIRFIELD BOARD OF : | |
| EDUCATION, CHRIS HOFFMAN AND : | |
| JOSEPH GALLUCCI, IN THEIR : | |
| OFFICIAL CAPACITY : | AUGUST 3, 2005 |

## MOTION FOR SUMMARY JUDGMENT

The defendants, New Fairfield High School, New Fairfield Board of Education, Paul[1] Hoffman and Joseph Gallucci, in their Official Capacity, hereby move for summary judgment on plaintiff's complaint and represent:

1. Plaintiff's Title IX claim for peer to peer sexual harassment fails as a matter of law because the conduct alleged was not "on account of gender" and the defendants' response to plaintiff's complaints was not "deliberately indifferent";

2. Plaintiff's duplicative § 1983 claim for substantive due process claim fails as a matter of law because her sole remedy is under Title IX;

3. Plaintiff's common law claims are barred by governmental immunity.

In support of this Motion, defendants submit the attached Memorandum of Law,

ORAL ARGUMENT IS REQUESTED

Local Rule 56a1 statement and exhibits.

Wherefore, for the reasons set forth in the accompanying supporting documents, defendants are entitled to summary judgment on the plaintiff's complaint.

                DEFENDANTS,
                NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI, IN THEIR OFFICIAL CAPACITY

By /S/ Melinda A. Powell
   Melinda A. Powell
   ct 17049
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (fax)
   E-Mail:  mpowell@hl-law.com

---

[1] The defendant's proper name is Paul Hoffman, not Chris Hoffman.

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 3rd day of August, 2005.

Lawrence W. Berliner, Esquire
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 102
West Hartford, CT  06110

John K. McDonald, Esquire
Kernan & Henry
207 Bank St, 4th Floor
P.O. Box 2156
Waterbury, CT 06722-2156

                                   /S/ Melinda A. Powell
                                   Melinda A. Powell