UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| L. S. PPA, MR. AND MRS. F.S. | } |
| | } |
| PLAINTIFFS | } CIVIL ACTION NO. |
| | } 3:02CV1386(SRU) |
| V | } AUGUST 10, 2005 |
| NEW FAIRFIELD HIGH SCHOOL, NEW | } |
| FAIRFIELD BOARD OF EDUCATION, | } |
| CHRIS HOFFMAN AND JOSEPH GALLUCCI, | } |
| IN THEIR OFFICIAL CAPACITY | } |
| | } |
| DEFENDANTS | } |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

In accordance with the provisions of F.R. Civ. P. 56(a), the Plaintiffs move for summary judgment on Couns One (1) and Four (4) of the Complaint against the Defendants.  The Plaintiffs respectfully request the Court to grant summary judgment in their favor with respect to Counts One (1) and Four (4) of the Complaint.  The Plaintiffs make this motion on the grounds that there are no material facts with respect to these two counts and that the Plaintiffs are entitled to judgment on those two counts as a matter of law, thereby entitling them to the relief requested in the Complaint.

In support of said motion, the plaintiffs have submitted a memorandum of

**ORAL ARGUMENT REQUESTED**
**ORAL TESTIMONY REQUIRED**

law, a statement of material facts not in dispute pursuant to Local Rule of Civil Procedures 56(a), and a copy of the record, including deposition transcripts, medical records, educational materials and related documents cited in Plaintiffs' Memorandum of Law.

        Respectfully Submitted,

        PLAINTIFFS

        By_____
          Lawrence W. Berliner
          Klebanoff & Alfano, P.C.
          Corporate Center West
          433 South Main Street Suite 102
          West Hartford, CT 06110
          Tel. No. (860) 313-5005
          Fed. Bar No. CT 7002

**CERTIFICATION OF SERVICE**

    A copy of the forgoing has been mailed by first class mail, postage prepaid, this 10th day of August, 2005 to Attorney Melinda Powell, 65 Wethersfield Avenue, Hartford, CT 06114 and Attorney John K. McDonald, Kernan & Henry, LLP, P. O. Box 2156, Waterbury, CT 06722.

        _____

        Lawrence W. Berliner
        Klebanoff & Alfano, P.C.
        433 South Main Street Suite 102
        West Hartford, CT 06110