UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| L. S. PPA, MR. AND MRS. F.S. | } |
| | } |
| PLAINTIFFS | } CIVIL ACTION NO. |
| | } 3:02CV1386(SRU) |
| V | } AUGUST 10, 2005 |
| | } |
| NEW FAIRFIELD HIGH SCHOOL, NEW | } |
| FAIRFIELD BOARD OF EDUCATION, | } |
| CHRIS HOFFMAN AND JOSEPH GALLUCCI, | } |
| IN THEIR OFFICIAL CAPACITY | } |
| | } |
| DEFENDANTS | } |

## NOTICE OF MANUAL FILING

Please take notice that the undersigned Plaintiffs have manually filed the attachments to their Motion for Summary Judgment dated August 10, 2005:

A.   Letter to Attorney Alfano from Danielle Quigley, LCSW  (1/10/02)

B.   Letter to Joan Stolfi from Dr. Karl Kessler  (5/1/02)

C.   Letter to Attorney Alfano from Dr. Kessler  (12/21/01)

D.   2000-01 New Fairfield High School Parents' and Students' Handbook

E.   Poster with Plaintiff and Nicole Marvin's picture

F.   Memo from Paul Hoffman to Jan Jordan  (8/6/01)

G.   Addendum to Stolfi File from Dr. Gallucci  (6/16/01)

H.   Hoffman Memo to Mr. Stolfi with attached Title IX Policy  (11/1/01)

I. Frank Stolfi letter to Dr. Gallucci (11/11/00)

J. Plaintiff's Notice of Withdrawal from New Fairfield High School (8/24/01)

K. State Department of Education Circular Letter No. C-23 (1/30/98)

L. State Department of Education Letter Circular Letter No. C-14 (1/18/02)

M. Danbury Hospital Treatment Records (3/18/01)

N. State Department of Education Circular Letter No. C-28 (6/4/99)

O. Copy of Deposition of Dr. Gallucci (11/10/04)

P. Copy of Deposition of Paul Hoffman (8/6/04)

Q. Copy of Deposition of Nicole Marvin (3/8/05)

R. Copy of Deposition of Joan Stolfi (2/18/04)

S. Copy of Deposition of Lydia Stolfi (2/18/04)

T. Copy of Deposition of Mandy Hayes (6/29/04)

U. Copy of Deposition of Lyndsey D'Angelo (1/12/05)

V. Copy of Deposition of Dawn Burrachio (6/25/04)

These documents have not been filed electronically pursuant to Local Rule of Civil Procedure 5(d).

These documents have not been manually served on all parties since they

were previously disclosed pursuant to requests for production, discovery, and/or at depositions.

          PLAINTIFFS

By_____
  Lawrence W. Berliner
  Klebanoff & Alfano, P.C.
  Corporate Center West
  433 South Main Street Suite 102
  West Hartford, CT 06110
  Tel. No. (860) 313-5005
  Fed. Bar No. CT 7002

**CERTIFICATION OF SERVICE**

A copy of the forgoing has been mailed by first class mail, postage prepaid, this 10th day of August, 2005 to Attorney Melinda Powell, 65 Wethersfield Avenue, Hartford, CT 06114 and Attorney John K. McDonald, Kernan & Henry, LLP, P. O. Box 2156, Waterbury, CT 06722.

_____

Lawrence W. Berliner
Klebanoff & Alfano, P.C.
433 South Main Street Suite 102
West Hartford, CT 06110