UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S. AND MR. AND MRS. F.S. : | |
| : | NO.: 3:02CV1386 (SRU) |
| : | |
| v. : | |
| : | |
| NEW FAIRFIELD HIGH SCHOOL, : | |
| NEW FAIRFIELD BOARD OF : | |
| EDUCATION, CHRIS HOFFMAN AND : | |
| JOSEPH GALLUCCI, IN THEIR : | |
| OFFICIAL CAPACITY : | AUGUST 9, 2005 |

## MOTION FOR PERMISSION TO FILE DOCUMENTS UNDER SEAL

The defendants, New Fairfield High School, New Fairfield Board of Education, Chris Hoffman and Joseph Gallucci, in their official capacity, through undersigned counsel, move for permission to file documents under seal, pursuant to L. Civ. Rule 5(d)(1). The documents sought to be filed under seal are:

1. **Exhibits W – BB** (to Defendant's Supplemental Evidence in Support of Summary Judgment dated August 9, 2005)

ORAL ARGUMENT IS NOT REQUESTED

        DEFENDANTS,
        NEW FAIRFIELD HIGH SCHOOL, NEW
        FAIRFIELD BOARD OF EDUCATION,
        CHRIS HOFFMAN AND JOSEPH
        GALLUCCI, IN THEIR OFFICIAL
        CAPACITY


By  /S/ Melinda A. Powell_____
   Melinda A. Powell
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (fax)
   E-Mail:  mpowell@hl-law.com


## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 9th day of August, 2005.

Lawrence W. Berliner, Esquire
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 102
West Hartford, CT  06110

John K. McDonald, Esquire
Kernan & Henry
207 Bank St, 4th Floor
P.O. Box 2156
Waterbury, CT 06722-2156

          /S/ Melinda A. Powell_____
        Melinda A. Powell