UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S. AND MR. AND MRS. F.S. | : |
| | : NO.: 3:02CV1386 (SRU) |
| | : |
| v. | : |
| | : |
| NEW FAIRFIELD HIGH SCHOOL, | : |
| NEW FAIRFIELD BOARD OF | : |
| EDUCATION, CHRIS HOFFMAN AND | : |
| JOSEPH GALLUCCI, IN THEIR | : |
| OFFICIAL CAPACITY | : AUGUST 24, 2005 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6, the defendants, New Fairfield High School, New Fairfield Board of Education, Paul Hoffmann and Joseph Gallucci, hereby move the Court for an enlargement of time of fifteen (15) days up to and including *September, 14, 2005*, in which to file an objection to plaintiffs' Motion for Summary Judgment which is due August 30, 2005. The additional time will be necessary as plaintiffs only provided the defendants the exhibits to their Motion for Summary Judgment last week. Therefore, additional time for preparation and completion is needed.

The undersigned counsel has attempted to contact counsel for the plaintiff, Attorney Lawrence W. Berliner, and was advised that Attorney Berliner is on Vacation.

This is the first request for an enlargement of time made by this defendants relative to defendants' objection to plaintiffs' motion for summary judgment.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the undersigned defendants, New Fairfield High School, New Fairfield Board of Education, Paul Hoffmann and Joseph Gallucci, hereby request that their Motion for Enlargement of Time, up to and including *September 15, 2005*, be granted.

        DEFENDANTS,
NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI, IN THEIR OFFICIAL CAPACITY

By_____
  Martha A. Shaw
   ct12855
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (fax)
  E-Mail:  mshaw@hl-law.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 24th day of August, 2005.

Lawrence W. Berliner, Esquire
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 102
West Hartford, CT  06110

John K. McDonald, Esquire
Kernan & Henry
207 Bank St, 4th Floor
P.O. Box 2156
Waterbury, CT 06722-2156

                                                           _____
                                                           Martha A. Shaw