UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| L. S. PPA, MR. AND MRS. F.S. | } |
| | } |
| PLAINTIFFS | } CIVIL ACTION NO. |
| | } 3:02CV1386(SRU) |
| V | } SEPTEMBER 7, 2005 |
| NEW FAIRFIELD HIGH SCHOOL, NEW | } |
| FAIRFIELD BOARD OF EDUCATION, | } |
| CHRIS HOFFMAN AND JOSEPH GALLUCCI, | } |
| IN THEIR OFFICIAL CAPACITY | } |
| | } |
| DEFENDANTS | } |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Local Rule Civ. P. 6(d) and F.R. Civ. P. 7(b), the Plaintiff's respectfully request an enlargement of time to file a reply brief to Defendants' Motion for Summary Judgment up to and including September 23, 2005. In a motion dated August 24, 2005, the Defendant requested an enlargement of time to September 14, 2005 to file a reply brief in response to Plaintiff's Motion for Summary Judgment.

Plaintiff's request has been necessitated by counsel's pressure of other legal matters pending in federal court including Bruno v. Greenwich and A.S. v. Trumbull, two pending state court matters and two pending special education matters, coupled with counsel's personal vacation schedule during the latter half of August, 2005.

This is the Plaintiff's first request with respect to an enlargement of time relative to a reply brief to Defendant's Motion for Summary Judgment. No prejudice will inure to either party if this request is granted. Plaintiff's request has not been submitted for the purpose of delay.

On September 7, 2005 at approximately 11:00 a.m. a telephone message was left with Attorney Melinda Powell who was unavailable, informing her of Plaintiff's request. Plaintiff's counsel is unable to represent to the Court whether Defendant's counsel will object to Plaintiff's request, at this time.

WHEREFORE, for the foregoing reasons, the plaintiffs respectfully request an enlargement of time to September 23, 2005 in order to file a reply brief to Defendant's Motion for Summary Judgment.

                                      PLAINTIFFS

                                      By_____
                                        Lawrence W. Berliner
                                        Klebanoff & Alfano, P.C.
                                        Corporate Center West
                                        433 South Main Street Suite 102
                                        West Hartford, CT 06110
                                        Tel. No. (860) 313-5005
                                        Fed. Bar No. CT 7002

**CERTIFICATION OF SERVICE**

    A copy of the forgoing has been mailed by first class mail, postage prepaid, this 7th day of September, 2005 to Attorney Melinda Powell, 65 Wethersfield Avenue, Hartford, CT 06114 and Attorney John K. McDonald, Kernan & Henry, LLP, P. O. Box 2156, Waterbury, CT 06722.

                                            _____

                                            Lawrence W. Berliner
                                            Klebanoff & Alfano, P.C.
                                            433 South Main Street Suite 102
                                            West Hartford, CT 06110