UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| L. S. PPA, MR. AND MRS. F.S. | } |
| | } |
| PLAINTIFFS | } CIVIL ACTION NO. |
| | } 3:02CV1386(SRU) |
| V | } SEPTEMBER 9, 2005 |
| NEW FAIRFIELD HIGH SCHOOL, NEW | } |
| FAIRFIELD BOARD OF EDUCATION, | } |
| CHRIS HOFFMAN AND JOSEPH GALLUCCI, | } |
| IN THEIR OFFICIAL CAPACITY | } |
| | } |
| DEFENDANTS | } |

**PLAINTIFF'S AMENDED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff and Defendant jointly respectfully request an enlargement of time to file a reply brief to Defendants' Motion for Summary Judgment up to and including September 23, 2005. In a motion dated August 24, 2005, the Defendant requested an enlargement of time to September 14, 2005 to file a reply brief in response to Plaintiff's Motion for Summary Judgment.

Plaintiff's request has been necessitated by counsel's pressure of other legal matters pending in federal court including <u>Bruno v. Greenwich</u> and <u>A.S. v. Trumbull,</u> two pending state court matters and two pending special education matters, coupled with counsel's personal vacation schedule during the latter half of August, 2005. Defendant's counsel joins in this request for an extension of time.

This is the Plaintiff's first request with respect to an enlargement of time relative to a reply brief to Defendant's Motion for Summary Judgment. No prejudice will inure to either party if this request is granted. Plaintiff's request has not been submitted for the purpose of delay.

WHEREFORE, for the foregoing reasons, the plaintiffs respectfully request an enlargement of time to September 23, 2005 in order to file a reply brief to Defendant's Motion for Summary Judgment.

PLAINTIFFS

By_____
Lawrence W. Berliner
Klebanoff & Alfano, P.C.
Corporate Center West
433 South Main Street Suite 102
West Hartford, CT 06110
Tel. No. (860) 313-5005
Fed. Bar No. CT 7002

**CERTIFICATION OF SERVICE**

A copy of the forgoing has been mailed by first class mail, postage prepaid, this 9th day of September, 2005 to Attorney Melinda Powell, 65 Wethersfield Avenue, Hartford, CT 06114 and Attorney John K. McDonald, Kernan & Henry, LLP, P. O. Box 2156, Waterbury, CT 06722.

_____

Lawrence W. Berliner
Klebanoff & Alfano, P.C.
433 South Main Street Suite 102
West Hartford, CT 06110