THE WITNESS: It's a standard procedure in a school whenever you have youngsters, let's say, who have concerns to either work with them individually or work with them together, depending on the mechanics and components to the students in the situation. It simply means that you always try and make sure that these children do not have concerns in the future. It may mean following up incidents, seeing them in hallways and reminding them about staying away from one another, et cetera, "How are you doing?" At the same time, if other instances crop up, you do that immediately.

Q   Did you do that in the case of Lydia?

A   Oh, yes. On many, many times Lydia was seen in my office, and I brought her in, and even just casually just brought her in and said, "Are you," you know, "staying away from this other girl?" You know, "Remember, stay away from her." Let you know that you have certain boundaries and setting those boundaries, and that was done numerous times with her.

Q   Do you think it was effective?

A   I think it was effective in the fact that she had -- or I should say a period of times where she did not create problems, further problems. If I think those informal talks didn't do anything, I think there may have been more problems, but I think they were effective.