**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| L. S. PPA, MR. AND MRS. F.S. | } |
| | } |
| PLAINTIFFS | } CIVIL ACTION NO. |
| | } 3:02CV1386(SRU) |
| V | } SEPTEMBER 23, 2005 |
| NEW FAIRFIELD HIGH SCHOOL, NEW | } |
| FAIRFIELD BOARD OF EDUCATION, | } |
| CHRIS HOFFMAN AND JOSEPH GALLUCCI, | } |
| IN THEIR OFFICIAL CAPACITY | } |
| | } |
| DEFENDANTS | } |

### MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF TEN PAGES

In accordance with the provision of L.R. Civ. P. 7(a)(2) and 7(d), the Plaintiffs respectfully request permission to file a Reply Memorandum of Law in excess of the ten (10) page limit presented by L.R. Civ. P 7(d). The Defendants' Memorandum of Law in Support of Motion for Summary Judgment has raised an extensive set of issues and claims which could not be thoroughly discussed within the confines of a ten (10) page Memorandum of Law. In order to give the issues raised in Defendants' Brief an adequate response, Plaintiffs respectfully request permission to file a Memorandum of Law in excess of ten (10) pages.

WHEREFORE, for the foregoing reasons, the Plaintiffs request the Court to grant their request for leave, as set forth herein.

PLAINTIFFS

By_____
Lawrence W. Berliner
Klebanoff & Alfano, P.C.
Corporate Center West
433 South Main Street Suite 102
West Hartford, CT 06110
Tel. No. (860) 313-5005
Fed. Bar No. CT 7002

### CERTIFICATION OF SERVICE

A copy of the forgoing has been mailed by first class mail, postage prepaid, this 23rd day of September, 2005 to Attorney Melinda Powell, 65 Wethersfield Avenue, Hartford, CT 06114 and Attorney John K. McDonald, Kernan & Henry, LLP, P. O. Box 2156, Waterbury, CT 06722.

_____

Lawrence W. Berliner
Klebanoff & Alfano, P.C.
433 South Main Street Suite 102
West Hartford, CT 06110