UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| L. S. PPA, MR. AND MRS. F.S. | } |
| | } |
| PLAINTIFFS | } CIVIL ACTION NO. |
| | } 3:02CV1386(SRU) |
| V | } SEPTEMBER 23, 2005 |
| NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI, IN THEIR OFFICIAL CAPACITY | } } } } } |
| DEFENDANTS | } |

**NOTICE OF MANUAL FILING**

Please take notice that the undersigned Plaintiffs have manually filed the attachments to their Reply Memorandum of Law to Defendants' Motion Summary Judgment dated August 3, 2005:

A.   <u>Scruggs v. Meriden Board of Education</u>, Civil Action No. 3:03 CV2224 (PCD)

This document has not been filed electronically pursuant to Local Rule of Civil Procedure 5(d).

This document has been manually served on all parties.

             PLAINTIFFS

             By_____
              Lawrence W. Berliner

                        Klebanoff & Alfano, P.C.
                        Corporate Center West
                        433 South Main Street Suite 102
                        West Hartford, CT 06110
                        Tel. No. (860) 313-5005
                        Fed. Bar No. CT 7002

**CERTIFICATION OF SERVICE**

      A copy of the forgoing has been mailed by first class mail, postage prepaid, this 23rd day of September, 2005 to Attorney Melinda Powell, 65 Wethersfield Avenue, Hartford, CT 06114 and Attorney John K. McDonald, Kernan & Henry, LLP, P. O. Box 2156, Waterbury, CT 06722.

                        _____

                        Lawrence W. Berliner
                        Klebanoff & Alfano, P.C.
                        433 South Main Street Suite 102
                        West Hartford, CT 06110