UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L. S. PPA, MR. AND MRS. F.S. | } | |
| | } | |
| PLAINTIFFS | } | CIVIL ACTION NO. |
| | } | 3:02CV1386(SRU) |
| V | } | SEPTEMBER 29, 2005 |
| | } | |
| NEW FAIRFIELD HIGH SCHOOL, NEW | } | |
| FAIRFIELD BOARD OF EDUCATION, | } | |
| CHRIS HOFFMAN AND JOSEPH GALLUCCI, | } | |
| IN THEIR OFFICIAL CAPACITY | } | |
| | } | |
| DEFENDANTS | } | |

### MOTION FOR LEAVE TO AMEND PLAINTIFF'S LOCAL RULE 56(A)(2) STATEMENT

The Plaintiff requests leave to amend Plaintiff's Local Rule 56(a)(2) Statement by expanding upon Plaintiff's original responses. In a Memorandum of Law dated September 22, 2005, the Defendants have alleged that Plaintiff's Local 56(1)(2) Statement were non-responsive and thereby deemed admitted. As set forth in the attached Amended Local Rule 56(1)(2) Statement most of Plaintiff's original responses were due to Defendants' Counsel's citation to deposition transcripts or exhibits that were incomplete, out of context, inaccurate and not supportive of Defendant's Local Rule 56(a)(1) Statement.

WHEREFORE, for the foregoing reasons, the Plaintiff respectfully requests leave to amend the Local Rule 56(a)(2) Statement.

PLAINTIFFS

By_____
   Lawrence W. Berliner
   Klebanoff & Alfano, P.C.
   Corporate Center West
   433 South Main Street Suite 102
   West Hartford, CT 06110
   Tel. No. (860) 313-5005
   Fed. Bar No. CT 7002

**CERTIFICATION OF SERVICE**

A copy of the forgoing has been mailed by first class mail, postage prepaid, this 29th day of September, 2005 to Attorney Melinda Powell, 65 Wethersfield Avenue, Hartford, CT 06114 and Attorney John K. McDonald, Kernan & Henry, LLP, P. O. Box 2156, Waterbury, CT 06722.

_____

Lawrence W. Berliner
Klebanoff & Alfano, P.C.
433 South Main Street Suite 102
West Hartford, CT 06110