# KLEBANOFF & ALFANO, P.C.

ATTORNEYS AT LAW

October 26, 2005

**FILED**

2005 NOV -1  A 10: 00

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

HOWARD KLEBANOFF
ALYCE L. ALFANO
LAWRENCE W. BERLINER
SALLY R. ZANGER
COURTNEY P. SPENCER

LEGAL ASSISTANT:
LYNDA BLESSING

EDUCATIONAL CONSULTANT:
ANN TEREZAKIS

The Honorable Stefan R. Underhill
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

    Re: L.S. v. New Fairfield High School, et al
        CV 3:02 1386(SRU)

Dear Judge Underhill:

    I am writing the Court to inform you that since the filing of each parties' Motion for Summary Judgment and related pleadings, the District Court in Connecticut has issued two (2) decisions each dated October 14, 2005 that may (or may not) be relevant to the Court's disposition of the pending motions.

    The first case is entitled Piscottano v. Town of Somers, et al, Civil Action No. 3:01CV1311(CFD) and discusses the doctrine of qualified immunity on pages twenty-eight (28) through thirty (30) of the slip opinion and whether this doctrine is available to a municipality and whether this type of claim can be resolved on a summary judgment motion, under the facts and circumstances of that case.

    The second decision is entitled Bungert v. City of Shelton, et al Civil Action No. 3:02CV01291(RNC) and this case involves a sexual harassment claim arising under Title IX in a public school setting and whether a plaintiff can maintain an action pursuant to 42 U.S.C. §1983 for deprivation of such rights under the facts and circumstances of that case.

    I know that I would have an obligation to bring these decisions to the attention of the Second Circuit Court of Appeals pursuant to FRAP 28(j). However, in the absence of a clear District Court Rule, I thought it best to bring the existence of these cases to the

The Honorable Stephen R. Underhill     -2-     October 26, 2005

Court's attention as an officer of the court and then leave it to the Court's discretion as to whether supplemental briefs should be filed or not.

    Thank you for your cooperation and consideration.

Sincerely,

Lawrence W. Berliner

LWB/lc

cc: Attorney Melinda Powell
    Attorney John McDonald