UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

L.S.& Mr. and Mrs. F.S.

    v                                        3:02cv1386 (SRU)

NEW FAIRFIELD HIGH SCHOOL,
NEW FAIRFIELD BOARD OF
EDUCATION, CHRIS HOFFMAN,
JOSEPH GALLUCCI

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge as a result of the parties cross-motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and after a hearing held on March 13, 2006, the court orally granted defendants' motion for summary judgment and denied plaintiffs' motion for summary judgment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 14th day of March 2006.

                                                        KEVIN F. ROWE, CLERK

                                                        By_____/s/_____
                                                             Deputy Clerk

Entered on Docket _____