UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S. AND MR. AND MRS. F.S. : | |
| : | NO.: 3:02CV1386 (SRU) |
| : | |
| v. : | |
| : | |
| NEW FAIRFIELD HIGH SCHOOL, : | |
| NEW FAIRFIELD BOARD OF : | |
| EDUCATION, CHRIS HOFFMAN AND : | |
| JOSEPH GALLUCCI, IN THEIR : | |
| OFFICIAL CAPACITY : | APRIL 14, 2006 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendants, New Fairfield High School, New Fairfield Board of Education, Chris Hoffman and Joseph Gallucci in their Official Capacity, hereby submit their bill of costs in the above-captioned case. The Court granted Summary Judgment in favor of the defendants on March 14, 2006. This bill of costs is filed within ten (10) days of the expiration of the appeal period and Judgment was entered by the clerk on March 14, 2006. A verification pursuant to 28 U.S.C. § 1924 is attached hereto as **Exhibit A**.

A.  Fees of the Court Reporter - D. Conn. L. Civ.R. 54(c)2(ii)

    1.  Deposition transcript of Lindsey D'Angelo (1/12/06) (**Exhibit B**.)
        Original and 1 copy (55 pages @ $3.50/page + $11.55 tax)

        Appearance Fee ($95.00 + $5.70 tax)

        Subtotal:                    $304.75

    2.     Deposition transcript of Joan Stolfi (2/18/04) **(Exhibit C)**
Original and 1 copy (154 pages @ $3.50/page + $32.34 tax)

         Appearance Fee ($75.00 + $4.50 tax)

         Subtotal:                            $650.84

    3.     Deposition transcript of Lydia Stolfi (2/18/04) **(Exhibit C)**
Original and 1 copy (107 pages @ $3.50/page + $22.47 tax)

         Subtotal                            $396.97

    4.     Deposition transcript of Mandy Hayes (6/29/04) **(Exhibit D)**
Original and 1 copy (42 pages @ 3.50/page + $8.82 tax)

         Appearance Fee ($95.00 + 5.70 tax)

         Subtotal                            $256.52

    5.     Deposition transcript of Josh Norris **(Exhibit D)**
Original and 1 copy (63 pages @ $3.50/page + $13.23 tax)

         Subtotal                            $233.73

Total deposition transcripts:        $1,842.81

B.    Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case- D.Conn.L.Civ.R. 54(c)3(iii) (**Exhibit E**)

    1.     Cost of exhibits appended to successful motion for summary judgment:
280 pages @ .15 = $42.00
40 exhibit tabs @ .20 = $8.00

         Total copying fees:               $50.00

C.    Witness Fees for Attendance at a Deposition - D.Conn.L.Civ.R. 54(c)(1) and 54(c)4(i)

1. Deposition and Subpoena of Mandy Hayes, dated June 9, 2004: **(Exhibit F)**

   | | |
   |---|---|
   | Witness fees | $63.00 |
   | Service of Subpoena | $57.00 |
   | Subtotal | $120.00 |

2. Deposition and Subpoena of Josh Norris dated June 9, 2006: **(Exhibit G)**

   | | |
   |---|---|
   | Witness fees | $63.00 |
   | Service of Subpoena | $57.00 |
   | Subtotal | $120.00 |

3. Deposition and Subpoena of Lindsey D'Angelo dated June 9, 2004: **(Exhibit H)**

   | | |
   |---|---|
   | Witness fees | $63.00 |
   | Service of Subpoena | $57.00 |
   | Subtotal | $120.00 |
   | Total Service fees | $360.00 |

   **TOTAL FEES REQUESTED  $2,252.81**

DEFENDANTS,
NEW FAIRFIELD HIGH SCHOOL, NEW
FAIRFIELD BOARD OF EDUCATION,
CHRIS HOFFMAN AND JOSEPH
GALLUCCI, IN THEIR OFFICIAL
CAPACITY


By__/s/ Melinda A. Powell_____
   Melinda A. Powell
    ct17049
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (fax)
   E-Mail:  mpowell@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 14th day of April, 2006.

Lawrence W. Berliner, Esquire
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 102
West Hartford, CT  06110

John K. McDonald, Esquire
Kernan & Henry
207 Bank St, 4th Floor
P.O. Box 2156
Waterbury, CT 06722-2156

                                  ___/s/ Melinda A. Powell_____
                                  Melinda A. Powell