UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S. AND MR. AND MRS. F.S. : | |
| : | NO.: 3:02CV1386 (SRU) |
| : | |
| v. : | |
| : | |
| NEW FAIRFIELD HIGH SCHOOL, : | |
| NEW FAIRFIELD BOARD OF : | |
| EDUCATION, CHRIS HOFFMAN AND : | |
| JOSEPH GALLUCCI, IN THEIR : | |
| OFFICIAL CAPACITY : | APRIL 14, 2006 |

## VERIFICATION OF MELINDA A. POWELL

I, Melinda A. Powell, being duly sworn, depose and say that:

1. I am over eighteen years of age.

2. I am a member of the Bar of the State of Connecticut and a member of the Bar of the United States District Court for the District of Connecticut;

3. I represent the defendants, New Fairfield High School, New Fairfield Board of Education, Chris Hoffman and Joseph Gallucci in their official capacity, in the above-captioned case and have knowledge of the facts of the case and the costs incurred;

4. The items listed in the defendant's Bill of Costs are correct and have been necessarily incurred in the case, and the services for which fees have been charged were actually and necessarily performed;

5. The fees of the court reporter witnesses and subpoenas, as set forth in the defendant's Bill of Costs are for deposition transcripts appended as supporting exhibits to the defendant's summary judgment motion which was granted by the Court on March 14, 2006;

6. The defendants have attached hereto, as **Exhibit B** through **Exhibit J**, copies of all bills evidencing the expenses set forth in their Bill of Costs.

        ___/s/ Melinda A. Powell_____
        Melinda A. Powell

STATE OF CONNECTICUT    )
                                 ) ss:  Hartford
COUNTY OF HARTFORD     )

Subscribed and sworn to before me this 24th day of March, 2006.

_____
Commissioner of the Superior Court
Notary Public
My commission expires: