

**NIZIANKIEWICZ MILLER & M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

MELINDA A. POWELL, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT   06114-1190

DATE        02/09/2005
INVOICE        39908
CLIENT           257
REFERENCE  MOR

```
Re: L.S. AND MR. AND MRS. F.S.    NEW FAIRFIELD HIGH SCHOOL
Assignment Date: January 12, 2005
           CONDENSED AND ASCII                    $  30.00
           APPEARANCE FEE                         $  95.00
Deposition Of - LINDSEY D'ANGELO 55 Pages @ $3.50 $ 192.50
    3 HOURS NON-WRITING @ $45.00                  $ 135.00
    SHIPPING AND HANDLING $4.00
                             Total Amount  $       456.50
                          Less Paid To Date $      483.89
                                      Tax $         27.39
                                Total due $          0.00
```

YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444