

**NIZIANKIEWICZ MILLER & M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

ATTENTION: MEG

THOMAS R. GERARDE, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT  06114

DATE        03/08/2004
INVOICE        32927
CLIENT           199
REFERENCE DOU

Re: L.S. AND MR. AND MRS. F.S.    NEW FAIRFIELD HIGH SCHOOL
Assignment Date: February 18, 2004

Deposition Of - JOAN STOLFI 154 Pages @ $3.50

| | |
|---|---|
| TRANSCRIPT ORIG. & 1 | 539.00 |
| APPEARANCE FEE | 75.00 |
| SHIPPING & HANDLING | 4.00 |
| CONDENSED AND ASCII | 30.00 |

Deposition Of - LYDIA STOLFI

TRANSCRIPT ORIG. & 1  107 Pages @ $3.50         374.50

```
              Total Amount $   1,022.50
          Less Paid To Date $   1,083.85
                        Tax $      61.35
                  Total due $       0.00
```

YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444