

**NIZIANKIEWICZ**
**MILLER**
**& M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533 ─────────────────────────────── *Daniel S. Niziankiewicz*
(860) 291-9191                                                   *Robert Miller*
FAX (860) 528-1972


MELINDA A. POWELL, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT  06114-1190                        DATE        07/15/2004
                                                INVOICE        35580
                                                CLIENT           257
                                                REFERENCE VIB


Re: L.S. AND MR. AND MRS. P.S.    NEW FAIRFIELD HIGH SCHOOL
Assignment Date: June 29, 2004

 Deposition Of - MANDY HAYES  42 Pages @ $3.50       $147.00
                 APPEARANCE FEE                       $ 95.00
                 CONDENSED AND ASCII                  $ 30.00
 Deposition Of - JOSH NORRIS  63 Pages @ $3.50       $220.50
                 SHIPPING AND HANDLING                $   8.00
                              Total Amount  $        500.50
                              Less Paid To Date $    530.53
                                         Tax $        30.03
                                   Total due $         0.00

YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!




           NIZIANKIEWICZ & MILLER Reporting
              Federal Tax Id#: 06-1113444