03-23-2006 13:21   ONE STOP COPY   607229507   PAGE1

# ONE Stop Copy Shop

**750 Main Street**  Phone # (860) 722-9992
**Suite 300**
**Hartford, CT 06103**   Fax # (860) 722-9507

# Invoice

| Date | Invoice # |
|---|---|
| 7/27/2005 | 04-4236 |

| Bill To |
|---|
| Howd & Ludorf |
| 65 Wethersfield Ave |
| Hartford, CT 06114-1190 |

| Ordered By | Rep | Terms | Reference |
|---|---|---|---|
| Roxanne | BF | Net 15 | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 8 1/2 x 11 Copies "D" Work | 560 | 0.15 | 84.00 |
| 8 1/2 x 11 Divider Tabs | 80 | 0.20 | 16.00 |

Tax Exempt for CIRMA

*A finance charge of 1.5% will be added to all invoices over 30 days.*

| | |
|---|---|
| Sales Tax (6.0%) | $0.00 |
| **Total** | **$100.00** |