AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

RECEIVED
JUN 2 3 2004
BY:_____

DISTRICT OF __CONNECTICUT__

L.S. and Mr. and Mrs. F.S.

V.

New Fairfield High School, New Fairfield Board of Education, Chris Hoffman and Joseph Gallucci, in their official capacity

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:02CV1386 (SRU)

TO: Mandy Hayes
38 Sunset Trail
New Fairfield, CT

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Howd & Ludorf
65 Wethersfield Avenue, Hartford, CT | 6/29/04 at 10:00 a.m. |

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Melinda A. Powell (Attorney for Defendants) | 6/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Melinda A. Powell, Esq., Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114
(860)249-1361

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**L. S. AND MR. AND MRS F. S.**
                Plaintiff(s), Petitioner(s)

    against

**NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI**
                Defendant(s), Respondent(s)

CLIENT: Melinda A. Powell, Esquire

INDEX NO.: 3:02CV386 (SRU)

RETURN DATE: 6/29/2004

**RETURN OF SERVICE**

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Alan Jones, attest and say, that I am not a party to this action. I am over 18 years of age and reside in Danbury, CT.

By and at the direction of the attorney, on **June 21, 2004 at 8:39 PM at 38 Sunset Trail, New Fairfield, CT**, I served the within **Subpoena In A Civil Case** upon **Mandy Hayes**, (Defendant/Witness) herein known as Recipient.

Said service was effected in the following manner:

I made due and legal service of the within **Subpoena In A Civil Case** by delivering thereat a true and attested copy *of each* to **Mandy Hayes**, personally; at the same time paying (or tendering) in advance **$63.00, (Sixty-Three Dollars and Zero Cents),** the authorized traveling expenses and one day's witness fee:

I knew said person so served to be the person mentioned and described as said recipient therein because they identified themselves as such.

I describe the individual served to the best of my ability at the time and circumstances of service as follows:

Sex: **Female** Skin: **White** Hair: **Blonde/Brown** Age(Approx): **18-25** Height(Approx): **5'4" - 5'8"** Weight(Approx): **100-130 lbs**

ATTEST: _____
Alan Jones, Private Process Server

                    Service $57.00
              Witness Fees $63.00
              Total Fees: $120.00