AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

DISTRICT OF **CONNECTICUT**

RECEIVED JUN 23 2004 BY:_____

L.S. and Mr. and Mrs. F.S.

V.

New Fairfield High School, New Fairfield Board of Education, Chris Hoffman and Joseph Gallucci, in their official capacity

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 3:02CV1386 (SRU)

TO: Josh Norris
17 Forest Hill Drive
New Fairfield, CT

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT | 6/29/04 at 12:00 p.m. |

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Melinda A. Powell* (Attorney for Defendants) | 6/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Melinda A. Powell, Esq., Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114
(860) 249-1361

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **L. S. AND MR. AND MRS. F. S.**<br>Plaintiff(s), Petitioner(s)<br><br>against<br><br>**NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI**<br>Defendant(s), Respondent(s) | CLIENT: Melinda A. Powell, Esquire<br>INDEX NO.: 3:02CV386 (SRU)<br>RETURN DATE: 6/29/2004<br><br>**RETURN OF SERVICE** |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Alan Jones, attest and say, that I am not a party to this action. I am over 18 years of age and reside in Danbury, CT.

By and at the direction of the attorney, on **June 21, 2004 at 8:10 PM at 6 George Street, #2, Danbury, CT** , I served the within **Subpoena In A Case Under The Bankruptcy Code** upon **Josh Norris**, (Defendant/Witness) herein known as Recipient.

Said service was effected in the following manner:

I made due and legal service of the within **Subpoena In A Case Under The Bankruptcy Code** by delivering thereat a true and attested copy *of each* to **Josh Norris**, personally; at the same time paying (or tendering) in advance **$63.00, (Sixty-Three Dollars and Zero Cents),** the authorized traveling expenses and one day's witness fee:

I knew said person so served to be the person mentioned and described as said recipient therein because they identified themselves as such.

I describe the individual served to the best of my ability at the time and circumstances of service as follows:

Sex: **Male** Skin: **White** Hair: **Black** Age(Approx): **21-35** Height(Approx): **5'4" - 5'8"** Weight(Approx): **131-160 lbs**

ATTEST:

_____
Alan Jones, Private Process Server

Address 1 $35.00
Address 2 $50.00
Service $57.00
Witness Fees $63.00
Total Fees: $205.00