# United States District Court

DISTRICT OF __CONNECTICUT__      BY:_____

**RECEIVED JUN 22 2004**

L.S. and Mr. and Mrs. F.S.

V.

New Fairfield High School, New Fairfield Board of Education, Chris Hoffman and Joseph Gallucci, in their official capacity

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 3:02CV1386 (SRU)

TO: Lindsey D'Angelo
10 Ball Pond Road, East
New Fairfield, CT

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  |  |
|  | DATE AND TIME |
|  |  |

☒ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT | 6/29/04 at 2:00 p.m. |

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |
|  |  |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| *Melinda Powell* (Attorney for Defendants) | 6/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Melinda A. Powell, Esq., Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114
(860) 249-1361

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

**L. S. AND MR AND MRS F. S.**

                Plaintiff(s), Petitioner(s)

   against

**NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI**

               Defendant(s), Respondent(s)

CLIENT: Melinda A. Powell, Esquire

INDEX NO.: 3:02CV386 (SRU)

RETURN DATE: 6/29/2004

**RETURN OF SERVICE**

---

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Alan Jones, attest and say, that I am not a party to this action. I am over 18 years of age and reside in Danbury, CT. By and at the direction of the attorney, on **June 18, 2004 at 8:10 PM at 10 Ball Pond Road East, New Fairfield, CT**, I served the within **Subpoena In A Civil Case** upon **Lindsey D'Angelo**, (Defendant/Witness) herein known as Recipient.

Said service was effected in the following manner:
I made due and legal service of the within **Subpoena In A Civil Case** by delivering thereat a true and attested copy *of each* to **Lindsey D'Angelo**, personally; at the same time paying (or tendering) in advance **$63.00, (Sixty-Three Dollars and Zero Cents),** the authorized traveling expenses and one day's witness fee:

**I knew said person so served to be the person mentioned and described as said recipient therein because initially Mr. D'Angelo identified her as such.**
I describe the individual served to the best of my ability at the time and circumstances of service as follows:  Sex: **Female** Skin: **White** Hair: **Blonde** Age(Approx): **18-25** Height(Approx): **5'4" - 5'8"** Weight(Approx): **100-130lbs**

*Please note: 6/18/04 @ 8:10 P.M. Father of Lindsey D'Angelo answered the door and I asked if Lindsey was home. The Father stated "Yes" and looked at a white female approximately 18-20 years old who I could see inside. The Father then asked what this was about. I told him that I had a subpoena for Lindsey and he became agitated and said she wasn't home. I told him that he just told me she was there and he said she wasn't home. I advised him that I believed she was and that she was served. The Father began yelling that she wasn't served and stated she was a minor when this incident happened. I again stated to him that Lindsey was served and he said no she wasn't. At this point, I told him I wasn't going to argue with him and offered the subpoena to him and he refused to take it. The Father told me to get off his property. At the time, I dropped the subpoena at his feet and walked away. The father kept stating Lindsey was not served and told me " F--- you." I got in my car and proceeded to back down the driveway and leave. At this time, I saw a white, female, 45+ years of age starting to come towards the front of my vehicle. The woman looked like she was trying to get my marker plate number, however, I do not have a front marker. The woman followed me down the driveway in an attempt to get the numbers from my rear marker as I exited the driveway. I later phoned the New Fairfield Police Department to advice them of this incident. The dispatcher told me that Mr. D'Angelo had already phoned to make a complaint. The dispatcher also told me that Mr. D'Angelo stated that he did have the subpoena. I told the dispatcher that I wanted this incident noted in their log, because, if I go back to this location I anticipate there will be problems and I will ask that an officer escort me there as a witness.*

                         ATTEST:

                         _____
                         Alan Jones/Private Process Server

                                                      Service $57.00
                                       Witness Fees $63.00
                                       Total Fees: $120.00
                             **CONNECTICUT PROCESS SERVING, LLC**