**ATTACHMENT A**

```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT

L.S. AND MR. AND MRS. F.S.,  :
Plaintiffs                   : Civil Action Number
                             :
                             : 3:02CV1386(SRU)
vs                           :
                             : FEBRUARY 18, 2004
NEW FAIRFIELD HIGH SCHOOL,   :
NEW FAIRFIELD BOARD OF       :
EDUCATION, CHRIS HOFFMAN     :
AND JOSEPH GALLUCCI,         :
IN THEIR OFFICIAL CAPACITY,  :
Defendants                   :
```

---
                Deposition of: JOAN STOLFI
---

    Taken before Teri A. Dougan, Notary Public/Stenographer for the State of Connecticut, at the office of Howd & Ludorf, 65 Wethersfield Avenue, Hartford, Connecticut 06114, on February 18, 2004, commencing at approximately 10:12 a.m.

                        Teri A. Dougan
                        Court Reporter
                         LIC. #00217

```
 1   District?
 2        A.   Yes.
 3        Q.   Did Lydia graduate high school?
 4        A.   No.  She is supposed to graduate this
 5   spring in June.
 6        Q.   So would this be her senior class, so to
 7   speak?
 8        A.   Yes.
 9        Q.   Is she on track to graduate?
10        A.   Yes.
11        Q.   In terms of having credits and passing the
12   required courses and all that?
13        A.   Yes.
14        Q.   And is she planning on attending college
15   next year?
16        A.   I hope so.
17        Q.   Well, applications should be out by now.
18        A.   Right.
19        Q.   Do you have any applications out?
20        A.   I have one out at UConn.
21        Q.   And have you heard from UConn yet?
22        A.   Yes.  She was deferred until the end of
23   March.
24        Q.   Okay.  Is she applying to the Storrs
25   campus?
```

```
 1      A.   Yes.
 2      Q.   How did she do on her SATs?
 3      A.   Poorly.
 4      Q.   Do you remember the scores?
 5      A.   The math was 480, I believe.  And the
 6  language was 460.  It was under 1,000.
 7      Q.   Okay.  And how did she do academically in
 8  the school system?
 9      A.   She generally makes the honor roll.  She
10  has a 3.8 average.  That was after the first
11  quarter this year.
12      Q.   So you are talking about Immaculate High
13  School.  Correct?
14      A.   Right.
15      Q.   And where is that located?
16      A.   It is located in Danbury.
17      Q.   Is it co-education?
18      A.   Yes.
19      Q.   So when you say that she has a 3.8 average,
20  is that an accumulative average, covering three
21  years?
22      A.   I believe it is the three years, unless
23  they might have taken the freshman year at New
24  Fairfield, too.  I'm not quite sure about that.
25      Q.   But it is at least the 10, 11 and 12th
```

```
                UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

L.S. AND MR. AND MRS. F.S., :
Plaintiffs                  : Civil Action Number
                            :
                            : 3:02CV1386(SRU)
vs                          :
                            : FEBRUARY 18, 2004
NEW FAIRFIELD HIGH SCHOOL,  :
NEW FAIRFIELD BOARD OF      :
EDUCATION, CHRIS HOFFMAN    :
AND JOSEPH GALLUCCI,        :
IN THEIR OFFICIAL CAPACITY, :
Defendants                  :
```

---
                Deposition of: LYDIA STOLFI
---

   Taken before Teri A. Dougan, Notary Public/Stenographer for the State of Connecticut, at the office of Howd & Ludorf, 65 Wethersfield Avenue, Hartford, Connecticut 06114, on February 18, 2004, commencing at approximately 2:38, p.m.

                        Teri A. Dougan
                        Court Reporter
                         LIC. #00217

```
 1   is in one of my classes.
 2       Q.   It terms of the boys, you are now a senior,
 3   are you not?
 4       A.   Yes.
 5       Q.   There wouldn't be any older boys at
 6   Immaculate because you are all the same age?
 7       A.   Uh-huh.  I have a couple, but it is just I
 8   normally talk to them in school, nothing outside of
 9   school.
10       Q.   Any interest in dating?
11       A.   Not anyone from my school.
12       Q.   Anybody outside of high school?
13       A.   Occasionally I meet people through friends
14   and I date on and off.
15       Q.   Okay.  So, in other words, from what I
16   understand what you just told me is if you find the
17   right situation and you think that it is not going
18   to be the old stuff that you had the problem with
19   but more mature relationships, you are willing to
20   enter them?
21       A.   Yes.
22       Q.   And are you planning on going to college?
23       A.   Yes.
24       Q.   Do you have any ideas on what you might
25   want to study?
```

1    A.   I'm--I applied to Uconn, and I applied as
2  social work, psychology.  That is what I'm thinking
3  about, but I'm sure I will probably change my mind.
4    Q.   A lot of people do.  All right.  Now,
5  this--I'm not sure if you were here for the--I know
6  you weren't here for the beginning of your mother's
7  deposition, but I was talking to her about this
8  Lindsey D'Angelo and that--with that being one of
9  the main sources of problems throughout New
10 Fairfield High School.  Would you agree with that,
11 that Lindsey would be at the centerpiece for most
12 of the problems?
13   A.   Yes and no.  Because she--not her alone.
14 She was one of the main people that I would have to
15 say.  It was probably between her and Josh and
16 Mandy Haze were my biggest problem.
17   Q.   And the Lindsey D'Angelo--well, let me ask
18 you this, how did you know who Lindsey D'Angelo
19 was?  How did you two meet?
20   A.   I knew Lindsey D'Angelo because, as my mom
21 said, I was a cheerleader and she was also a
22 cheerleader so I knew her through that.  Her being
23 older and knowing who she was, I occasionally
24 talked to her online.  We knew of each other but
25 not friends.