FILED

2006 MAY 15 P 12: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| L. S. PPA, MR. AND MRS. F.S. | } |
| PLAINTIFFS | } CIVIL ACTION NO. |
| | } 3:02CV1386(SRU) |
| V | } APRIL 26, 2006 |
| NEW FAIRFIELD HIGH SCHOOL, NEW FAIRFIELD BOARD OF EDUCATION, CHRIS HOFFMAN AND JOSEPH GALLUCCI, IN THEIR OFFICIAL CAPACITY | } |
| DEFENDANTS | } |

## PLAINTIFF'S AFFIDAVIT

I, Lydia Stolfi, being duly sworn, depose and say:

1. I am over the age of eighteen and I believe in the obligation of an oath;

2. I was the Plaintiff in the above-entitled action;

3. I am a full time student at the University of Connecticut, where I had enrolled following my graduation from high school;

4. I do not have a full time job, nor am I regularly employed while attending college;

5. My college expenses are paid for by my mother and/or student loans;

6. I do not have any available assets or disposable income to pay for any costs of the litigation in this action;

7. Payment of the Bill of Costs requested by the Defendants would impose a substantial financial hardship to me.

*[signature]*
Lydia Stolfi

Sworn and subscribed to before me this 26th day of April, 2006 at New Fairfield, Connecticut.

*[signature]* Pamela J. Dohan - ATC
Notary Public   expires 1/4/2010

## CERTIFICATION OF SERVICE

A copy of the forgoing has been mailed by first class mail, postage prepaid, this 16th day of May, 2006 to Attorney Melinda Powell, 65 Wethersfield Avenue, Hartford, CT 06114 and Attorney John K. McDonald, Kernan & Henry, LLP, P. O. Box 2156, Waterbury, CT 06722.

Lawrence W. Berliner
Klebanoff & Alfano, P.C.
433 South Main Street Suite 102
West Hartford, CT 06110