UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

L.S. and MR. AND MRS. F.S.

v.   3:02cv1386 (SRU)

NEW FAIRFIELD HIGH SCHOOL,
NEW FAIRFIELD BOARD OF EDUCATION,
CHRIS HOFFMAN and
JOSEPH GALLUCCI, in their official capacity

RULING ON BILL OF COSTS

On March 14, 2006, judgment entered for the defendants after a hearing on their summary judgment motion. On April 17, 2006, the defendants submitted their Bill of Costs and on April 25, 2006, objections were filed by the plaintiff L.S. The objections in paragraph III. and IV. are overruled in their entirety, and for the reasons stated below, the defendants' bill of costs against the plaintiffs, jointly and severally, is granted in part and denied in part.

A. FEES FOR COURT REPORTER: Defendants are entitled to costs for an original and one copy of the transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80. Pursuant to Vol VI, Chap. XX of the "Guide to Judiciary Policies and Procedures", maximum transcript rates for an original and one copy are $3.75 per page. Postage and handling and charges for delivery of transcripts are not recoverable as costs, Wahl v. Carrier Mfg. Co., Inc., 511 F.2d 209, 217 (7th Cir. 1975). Condensed, ASCII disk, expedited or daily transcripts are also not recoverable as costs. Deposition transcripts are taxable if used at trial in

lieu of live testimony, for cross-examination, for impeachment or in support of a successful motion for summary judgment pursuant to Local Rule 54(c)2.(ii).  The defendant submits claims for the deposition transcript of Lindsey D'Angelo in the amount of $304.75, the transcript of Joan Stolfi in the amount of $650.84, the transcript of Lydia Stolfi in the amount of $396.97, the transcript of Mandy Hayes in the amount of $256.52 and the transcript of Josh Norris in the amount of $233.73.   The records show that  these deposition transcripts were used in support of the successful summary judgment motion and that the amounts claimed are within the statutory rate, therefore this claim is allowed in the amount of $1,842.81.

     Costs are entered in the amount of **$1,842.81.**

     B. FEES FOR COPIES: The cost of copies of exhibits appended to a successful motion for summary judgment are allowed pursuant to Local Rule 54(c)3.(iii).  The defendants submit a claim in the amount of $42.00 for copies and $8.00 for exhibit tabs.  A review of the summary judgment submission indicates that copies were appended, but as exhibit tabs are not an allowable cost, the claim is reduced to 42.00.

     Costs are entered in the amount of **$42.00**.

     C. FEES FOR WITNESSES & FEES OF THE STATE MARSHAL: The defendants submit claims for service fees of deposition subpoenas on Mandy Hayes, Josh Norris and Lindsey D'Angelo in the amount of $57.00 each.   The defendants are allowed to recover costs for service only to the extent that the costs do not exceed the costs that would have been charged if the U.S. Marshal effected service, United States v. Merritt Meridan Constr. Corp., 95 F.3d 153 (2d Cir. 1996).  Therefore, these claims

are reduced to $45.00 each, which is the statutory fee of the U.S. Marshal, for a total of $135.00 service fees.

Witness fees for attendance at a deposition are recoverable if the deposition is a taxable cost pursuant to Local Rule 54(c)4.(i). The defendants submit claims for witness fees for Mandy Hayes, Josh Norris and Lindsey D'Angelo, in the amount of $63.00 each. The depositions of these witnesses were used. The supporting documentation indicates that $23.00 each is for travel expenses, but there is no indication of the number of miles traveled. Therefore, these claims are reduced to $40.00 each, which is the statutory witness fee allowed, for a total of $120.00 witness fees.

Costs are entered in the amount of **$255.00**.

F. SUMMARY: For the reasons previously stated, the defendants' bill of costs is allowed as follows:

| | |
|---|---|
| Fees of the Court Reporter | $1,842.81 |
| Fees for Copies | $   42.00 |
| Fees for Service and Witness Fees | $  255.00 |
| Total | $2,139.81 |

SO ORDERED.

Dated at Bridgeport, Connecticut, this 17th day of July, 2006.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge